■ In the Matter of MAYO CABEY, Respondent, against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, and CONSUELO CABEY, Appellant.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of PAULINE R. WARD, Deceased. BENJAMIN RATNER, Appellant; L. AUDREY WARD CHRITE et al., Respondents.— Motion granted only insofar as to permit the appeal to be heard on the original record, without printing the same, but upon printed appellant's points. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY DE STEFANO.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JOHN ATTARD v. CALIFORNIA INSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 22, 1959, with notice of argument for November 4, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the ARBITRATION between RITCHIE BUILDING COMPANY, INC., and RICHARD L. ROSENTHAL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant argues or submits the appeal during the November 1959 Term of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MARTIN W. FRANKEL v. TREMONT NORMAN MOTORS CORP. et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of HARRY I. GREENE, Appellant, against PEOPLE OF THE STATE OF NEW YORK et al.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MORRIS KESLINGER v. LAWRENCE PESCE et al.— Motion granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.